Casper M. GROSBERG et al., Executors, v. COMMISSIONER OF INTERNAL REVENUE.

No. 2877.

Circuit Court of Appeals, First Circuit.

March 28, 1934.

PER CURIAM.

The court to-day entered the following final decree in this case: "Upon confession of error filed by the Commissioner of Internal Revenue, the decision of the Board of Tax Appeals is reversed, and the case is remanded to that Board for further proceedings not inconsistent with the opinion of the United States Supreme Court in Guy T. Helvering, Commissioner, v. Julia Butterworth, et al., Trustees, decided December 11, 1933," 290 U. S. 365, 54 S. Ct. 221, 78 L. Ed. ——.

Henry GUARDINO, Appellant, v. UNITED STATES of America.

No. 9891.

Circuit Court of Appeals, Eighth Circuit.

March 17, 1934.

Charles W. Bowers, of Des Moines, Iowa, and William P. Welch, of Logan, Iowa, for appellant.

R. W. Colflesh, U. S. Atty., and Ray C. Fountain, Asst. U. S. Atty., both of Des Moines, Iowa, and Frank F. Wilson, Asst.

U. S. Atty., of Mt. Ayr, Iowa, for the United States.

PER CURIAM.

Cause remanded to District Court, with directions to vacate that part of judgment which sentences appellant and to dismiss indictment as to him.

HAHN COAL COMPANY v. Guy T. HELVERING, Commissioner of Internal Revenue.

No. 1062.

Circuit Court of Appeals, Tenth Circuit.

March 21, 1934.

Hodges, Wilson & Rogers, of Denver, Colo., for petitioner.

Robert H. Jackson, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS, PHILLIPS, and Mc-DERMOTT, Circuit Judges.

PER CURIAM.

Petition dismissed on motion of petitioner.